# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

**ANTHONY ROMANO,**
    **Plaintiff,**

    **v.**　　　　　　　　　　　　　　　　　　　**CIVIL ACTION**
　　　　　　　　　　　　　　　　　　　　　　　　　**NO. 22-10471-DPW**
**HARBOR FREIGHT TOOLS USA, INC.,**
    **Defendant.**


## **SCHEDULING ORDER**

**WOODLOCK, U.S.D.J.**

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The Joint Scheduling Statement [ECF# 12] filed by the parties on May 28, 2022, having been reviewed, considered and adopted, it is hereby ORDERED, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

    (1)    Written discovery shall be served no later than **August 30, 2022** and all answers/responses shall be served no later than **October 31, 2022**;

    (2)    All Motions pursuant to Fed. R. Civ. P. 12 ,15, 19 and 20 shall be filed no later than **November 30, 2022**;

    (3)    fact discovery is to be completed by **May 31, 2023**, unless shortened or enlarged by Order of this Court;

    (4)    all trial experts are to be designated and disclosure of information contemplated by Fed.R.Civ.P. 26 to be provided by the plaintiff no later than **June 30, 2023**; and by the defendant no later than **July 31, 2023**;

    (5)    expert discovery is to be completed by **October 30, 2023**, unless shortened or enlarged by Order of this Court;

    (6)    dispositive motions are to be filed no later than **November 30, 2023**, and oppositions are to be filed no later than **December 21, 2023**, and all filings must conform to the requirements of Local Rule 56.1;

    (7)    By **October 13, 2023**, the parties shall file a JOINT STATUS REPORT indicating the current status of the case, including discovery proceedings, settlement discussions, pending or contemplated motions, proposed dates for pretrial conferences and for trial, and any other matters which should be addressed at the further conference.

    All provisions and deadlines contained in this order having been established with the participation of the parties to this case. Consequently any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. **No future modifications of this schedule may be**

**anticipated in the absence of a compelling showing of good cause** supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a revised scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or otherwise expediting resolution of this matter.

By the Court,

DATE: May 31, 2022

/s/ Barbara I. Beatty
Deputy Clerk