UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY ROMANO,<br><br>   Plaintiff,<br><br>v.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>   Defendant. | Case No. 1:22-cv-10471-DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Anthony J. Sbarra as counsel for Defendant Harbor Freight Tools USA, Inc.

                Respectfully submitted,

                By: */s/ Anthony J. Sbarra*
                BBO No. 552461
                CLYDE & CO US LLP
                265 Franklin Street, Suite 701
                Boston, MA 02110
                T: (617) 710-7755
                F: (617) 77280052
                E: anthony.sbarra@clydeco.us

Dated: March 8, 2023

## CERTIFCATE OF SERVICE

 I hereby certify that on March 8, 2023, a true copy of the above document was served by courtesy-copy electronic mail on all counsel of record.

                */s/ Anthony J. Sbarra*
                Anthony J. Sbarra