UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY ROMANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARBOR FREIGHT TOOLS USA, INC.,<br><br>　　　　　Defendant. | Case No. 1:22-cv-10471-DPW |

**NOTICE OF TAKING THE DEPOSITION OF ANTHONY ROMANO**

To:　Nolan P. Sloan, Esq.
　　　Swartz & Swartz, P.C.
　　　10 Marshall Street
　　　Boston, MA 02108

　　　PLEASE TAKE NOTICE that on **Thursday, August 17, 2023**, at **10:00 a.m.**, the Defendant, Harbor Freight Tools USA, Inc. will take the in-person deposition upon oral examination of Anthony Romano.  The taking of this deposition will take place at the office of Clyde & Co., 265 Franklin Street, Suite 701, Boston, MA 02110.  The deposition will take place pursuant to the applicable provisions of the Federal Rules of Civil Procedure before an officer authorized by law to administer oaths.  The testimony shall be recorded by stenographic means.

　　　You are invited to attend and cross-examine.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　Defendant,
　　　　　　　　　　　　　　　　　　　　　　　HARBOR FREIGHT TOOLS, INC.,

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Anthony J. Sbarra, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　Anthony J. Sbarra, Jr. (BBO#
　　　　　　　　　　　　　　　　　　　　　　　CLYDE & CO US LLP
　　　　　　　　　　　　　　　　　　　　　　　265 Franklin Street, Suite 701
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　　　T: (617) 2107755
Dated:  July 17, 2023　　　　　　　　　　　　E: anthony.sbarra@clydeco.us

## **CERTIFICATE OF SERVICE**

      I certify that on this 17th day of July 2023, a true copy of the foregoing was filed electronically through the court's CM/ECF system and will be sent electronically to all counsel of record.

                                                  */s/ Anthony J. Sbarra, Jr.*
                                                  Anthony J. Sbarra, Jr.